[No. 28107-8-III.   Division Three.   August 3, 2010.]

JONATHAN M. CAROLLO, *Appellant*, v. PAUL E. DAHL ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-2-04674-0, Michael P. Price, J., entered April 24, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J. Now published at 157 Wn. App. 796.

[Nos. 38425-6-II; 38596-1-II.   Division Two.   August 5, 2010.]

JAMES SHARBONO ET AL., *Respondents*, v. UNIVERSAL
UNDERWRITERS INSURANCE COMPANY, *Appellant*,
CLINTON L. TOMYN, *Individually, as Personal
Representative, and as Parent-Guardian,
Intervenor*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated December 17, 2010. Substitute opinion filed. Now published at 158 Wn. App. 963.

[No. 38568-6-II.   Division Two.   August 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. AZAEL ORTIZ LOPEZ,
*Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00956-4, John F. Nichols, J., entered September 9, 2008. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 38763-8-II.   Division Two.   August 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MOSES BELIZ, JR.,
*Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 08-1-00054-6, Craddock D. Verser, J., entered December 30, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.